**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

Keyu Long, etc.,

               Plaintiffs,

-against-

Shunhuang "Peter" Zhuang, ACE Capital, LLC,

               Defendant(s).

-----------------------------------------------------------x

**MOTION TO ALLOW WITHDRAWAL OF COUNSEL AND FOR LEAVE TO OBTAIN SUBSTITUTION OF <u>COUNSEL</u>**

**1:22-CV-01293**

       Plaintiff, Keyu Long, personally, and on behalf of Plaintiffs, J Navi De One Fund, LLC and N.Y. Education Center, Inc., hereby moves the Court to allow the withdrawal of counsel of record and, in the interests of justice, for leave to allow substitution of counsel, based on the accompanying Affirmation of Louis J. Maione, Esq., counsel to Plaintiffs, dated July 23, 2024, and the prior proceedings had herein before.

Dated: July 23, 2024

*Louis J. Maione*
_____
Louis J. Maione, Esq.
303 E. 57th Street, 30th Fl.
N.Y. N.Y. 10022
(917) 549-5693